dat^d 16th of April. 1678. under the hand of said Broughton with damages: . . . The Jury . . . found for the plaint. Eight pounds money and costs of Court allowed thirty four Shillings ten pence.

Execution issued 6° Nov^r 1678.

### RAWSON agt. BROUGHTON

William Rawson plaint. ag^t John Broughton Def^dt in an action of the case for not paying the Summe of twenty four pounds in money due as the forfiture of a bond under his hand & Seale. dat^d 20th January. 1676. with damages. . . . The Jury . . . found for the plaint. forfiture of the bond twenty four pounds money & costs of Court: The Court upon the acknowledgem^t of the plaint. what was remaining due, chancered this Forfiture to Six pounds money and costs of Court allow^d thirty four Shillings ten pence.

Execution issued 5° Nov^r 1678.

### PAIGE ag^t SMITH

Nicholas Paige plaint. ag^t John Smith Defend^t The plaint. was nonsut^d upon non Appearance.

